IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TEAIRRA CHISM, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV124 |
| | ) | |
| v. | ) | |
| | ) | |
| SEPTEMBERFEST, SEPTEMBERFEST OMAHA, CITY OF OMAHA, OMAHA POLICE DEPARTMENT, STATE OF NEBRASKA, NEBRASKA STATE PATROL, ALAN EBERLE, GORDON ANVILLE, THOMAS WARREN, PAUL KRATZ, RUSSELL LEWIS, HAROLD SCOTT, DANA THROENER, TOM NESBITT, OMAHA POLICE CHIEF, and JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Assistant Nebraska Attorney General Vicki L. Adams has filed a motion to withdraw as counsel for Defendants Alan Eberle, Gordon Anville, Tom Nesbitt, the State of Nebraska, and the Nebraska State Patrol. Filing 27. Assistant Nebraska Attorney General Jennifer M. Tomka has now filed a notice of appearance on behalf of these defendants. See filing 28.

IT THEREFORE HEREBY IS ORDERED: The motion to withdraw filed by Assistant Attorney General Vicki L. Adams, filing 27, is granted.

DATED this 13th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge