```
            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| TEAIRRA CHISM, | ) |
| | ) |
| Plaintiff, | ) 8:05CV124 |
| | ) |
| v. | ) |
| | ) |
| SEPTEMBERFEST, SEPTEMBERFEST OMAHA, CITY OF OMAHA, OMAHA POLICE DEPARTMENT, STATE OF NEBRASKA, NEBRASKA STATE PATROL, ALAN EBERLE, GORDON ANVILLE, THOMAS WARREN, PAUL KRATZ, RUSSELL LEWIS, HAROLD SCOTT, DANA THROENER, TOM NESBITT, OMAHA POLICE CHIEF, and JOHN DOES 1-10, | ) ORDER ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

This matter is before the court sua sponte. On March 21, 2005, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to submit a written report of their meeting. No such report has been received by the court.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before July 28, 2005, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 14th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge