```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

TEAIRRA CHISM,                    )
                                  )
            Plaintiff,             )         8:05CV124
                                  )
      v.                          )
                                  )
SEPTEMBERFEST, SEPTEMBERFEST      )         MEMORANDUM AND ORDER
OMAHA, CITY OF OMAHA, OMAHA       )
POLICE DEPARTMENT, STATE OF       )
NEBRASKA, NEBRASKA STATE          )
PATROL, ALAN EBERLE, GORDON       )
ANVILLE, THOMAS WARREN, PAUL      )
KRATZ, RUSSELL LEWIS, HAROLD      )
SCOTT, DANA THROENER, TOM         )
NESBITT, OMAHA POLICE CHIEF,      )
and JOHN DOES 1-10,               )
                                  )
            Defendants.            )
                                  )
```

Counsel have, separately, submitted reports of planning conference in response to the court's order.  However, neither of the submissions contains any elements of the plaintiff's claims. and the plaintiff's submission is largely meaningless.  Counsel are expected to confer either in person or by telephone in their planning conference, not just repeat allegations of the pleadings by "block and copy."

    IT THEREFORE HEREBY IS ORDERED,

    Counsel are given ten business days to confer and file ONE JOINT report of parties' planning conference.

    DATED this 29th day of July, 2005.

                                  BY THE COURT:

                                  s/ *David L. Piester*
                                  David L. Piester
                                  United States Magistrate Judge