```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TEAIRRA CHISM, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV124 |
| | ) | |
| v. | ) | |
| | ) | |
| SEPTEMBERFEST, SEPTEMBERFEST OMAHA, CITY OF OMAHA, OMAHA POLICE DEPARTMENT, STATE OF NEBRASKA, NEBRASKA STATE PATROL, ALAN EBERLE, GORDON ANVILLE, THOMAS WARREN, PAUL KRATZ, RUSSELL LEWIS, HAROLD SCOTT, DANA THROENER, TOM NESBITT, OMAHA POLICE CHIEF, and JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The motion of defendant City of Omaha to file an answer is granted and the answer shall be filed by October 12, 2005.

DATED this 5th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge