```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

TEAIRRA CHISM,                         )
                                       )
            Plaintiff,                 )         8:05CV124
                                       )
       v.                              )
                                       )
SEPTEMBERFEST, SEPTEMBERFEST           )         ORDER
OMAHA, CITY OF OMAHA, OMAHA            )
POLICE DEPARTMENT, STATE OF            )
NEBRASKA, NEBRASKA STATE               )
PATROL, ALAN EBERLE, GORDON            )
ANVILLE, THOMAS WARREN, PAUL           )
KRATZ, RUSSELL LEWIS, HAROLD           )
SCOTT, DANA THROENER, TOM              )
NESBITT, OMAHA POLICE CHIEF,           )
and JOHN DOES 1-10,                    )
                                       )
            Defendants.                )
                                       )

   Upon consideration of pending matters,

   IT IS ORDERED:

   1.   Counsel's motion to withdraw, filing 58, is granted, effective upon the filing of a certificate of service or affidavit indicating that the plaintiff has been served with a copy of this order.

   2.   Plaintiff is given twenty (20) days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in her behalf; (2) file a motion in this court for the appointment of counsel, setting forth her present financial status, and the reasons she believes counsel should be appointed; or (3) indicate, by pleading, that she will proceed in this case without counsel.  If none of these actions is taken within the next twenty days, this case will be subject to dismissal.

   3.   Defendant's motion to alter progression order dates, filing 59, is granted; a new progression schedule will be established once plaintiff has obtained new counsel.

   4.   Plaintiff's deadline for responding to the pending motion to dismiss, filing 41, will be established once plaintiff

has new counsel; the deadline set by the memorandum and order of October 24, 2005, filing 60, is set aside.

DATED this 25th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge