```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TEAIRRA CHISM, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV124 |
| | ) | |
| v. | ) | |
| | ) | |
| SEPTEMBERFEST, INC.; et al., | ) | REPORT AND RECOMMENDATION |
| | ) | |
| Defendants. | ) | |
| | ) | |

There has been no response to the court's order of November 28, 2005, filing 64. A copy of the order was mailed by the clerk to the plaintiff, but the mail was returned as undeliverable on December 2, 2005. Filing 65.

IT THEREFORE HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, that this matter be dismissed.

DATED this 11th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge