IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TEAIRRA CHISM, | ) | 8:05CV124 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| SEPTEMBERFEST, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

On November 28, 2005, Magistrate Judge Piester entered an order (filing 64) granting Plaintiff's counsel leave to withdraw and advising Plaintiff that the case would be subject to dismissal unless, within 20 days thereafter, (1) substitute counsel entered an appearance, (2) Plaintiff filed a motion for appointment of counsel, or (3) Plaintiff notified the court that she would proceed pro se. Plaintiff was served with a copy of the order by the clerk of the court. Inasmuch as Plaintiff has failed to respond to the Magistrate Judge's order, I find that the case should be dismissed.

IT IS ORDERED that:

1. Plaintiff's action is dismissed without prejudice, for failure to prosecute.

2. On the court's own motion, the Magistrate Judge's report and recommendation (filing 66) is denied as moot.

3. Judgment shall be entered by separate document.

January 12, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge